# Kasell Law Firm

June 19, 2024

Magistrate Judge Vera M. Scanlon
United States District Court
225 Cadman Plaza East, Room 504 North
Brooklyn, NY 11201

Re: 24-cv-00454-DLI-VMS
    Squared Funding Cali LLC v. Henderson *et al*

Your Honor:

This firm represents Defendants, Henderson and Varaluz LLC in the above referenced matter and write in accordance with the Court's June 18, 2024 Order.

I offer my apologies to the Court and opposing counsel for my non-appearance during the June 18, 2024 initial conference.

As the Court is aware, the initial conference in this matter was originally scheduled for June 18 at 11:30 AM and was calendared accordingly by this office.

Unfortunately, when the conference was re-scheduled for 9:30 AM on June 18, 2024, our office failed to properly re-calendar the matter.

Apparently, the Court contacted our office to alert us to our absence from the conference call but we did not receive that message until after the call had been concluded.

As soon as I became aware of the error, I alerted the Court, with my apologies.

Respectfully submitted,

/s/ (DK-7753)
David M. Kasell, Esq.